UNITED STATES BANKRUPTCY COURT
EASELY DISTRICT OF WISCONSIN

---

In re CHRISTOPHER E. KNIGHT,   Chapter 13

                                Case No. 23-25643-rmb
          Debtor.

---

**NOTICE OF APPEARANCE BY MALLERY S.C.**

---

Mallery s.c. appears in these proceedings on behalf of creditor Markos Ramirez. We request, pursuant to Section 342 of the United States Bankruptcy Code and Rules 2002(g), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that notices for all matters in these proceedings and copies of all other filings and papers filed, served or sent in these proceedings be served on our firm however transmitted to others, whether by mail, courier, telephone, facsimile or email transmission, or otherwise, by sending them to:

> Andrew Robinson
> Mallery s.c.
> Suite 900
> 731 North Jackson Street
> Milwaukee, Wisconsin 53202-4697
> telephone: 414-271-2424
> facsimile: 414-271-8678
> E-mail: arobinson@mallerysc.com

We further request, pursuant to Rules 2002(g) and 9007 of the Federal Rules of Bankruptcy Procedure, that we be added to the mailing matrix for these proceedings.

Pursuant to the above-cited Rules, this request includes not only the notices and papers referred to in those Rules but also, without limitation, all notices, applications, motions, orders, plans, disclosures, schedules, petitions, pleadings, complaints, demands and requests, whether

-1-

formal or informal, whether written or oral and transmitted or conveyed by mail, courier, telephone, facsimile or email transmission, or otherwise, filed with regard to these proceedings.

Dated December 13, 2023.

          MALLERY s.c.
Attorneys for Markos Ramirez

MALLERY s.c.
Suite 900
731 North Jackson Street
Milwaukee, Wisconsin 53202-4697
telephone: 414-271-2424
facsimile: 414-271-8678
e-mail:  arobinson@mallerysc.com

By:/s/Electronically Signed by Andrew Robinson
    Andrew Robinson