UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Christopher E. Knight

Case No.: 23-25643-rmb

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Creditor, Home Rehab Lending, LLC, by its attorneys, SCHMIDLKOFER, TOTH, LOEB & DROSEN, LLC, by Attorney Basil M. Loeb, hereby appears in this action and requests notice of all proceedings and filings going forward.

Dated this 13th day of December, 2023.

        SCHMIDLKOFER, TOTH, LOEB & DROSEN, LLC
        Attorneys for Home Rehab Lending, LLC

        <u>Electronically signed by Basil M. Loeb</u>
        Basil M. Loeb
        State Bar No.: 1037772

949 Glenview Avenue
Wauwatosa, WI 53213
(414) 259-9300 (Telephone)
(414) 259-9303 (Facsimile)
loeb@lawintosa.com