UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN - MILWAUKEE DIVISION

IN RE:

CHRISTOPHER E KNIGHT,     CASE NO.: 23-25643
                          CHAPTER 13
                          JUDGE Rachel M Blise

    Debtor(s).

_____ /

## APPEARANCE

    Now comes Scott D. Nabke, an attorney admitted to practice in the U.S. Bankruptcy Court, EASTERN District of WISCONSIN and enters his/her appearance on behalf of Lima One Capital, LLC, in the above captioned proceedings.

By: /s/ Scott D. Nabke
Scott D. Nabke
Bar No. 1037979
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax: (954) 564-9252
SNabke@dallegal.com

File No. 6981-197850

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this day, December 15, 2023, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

CHRISTOPHER E KNIGHT
13500 WATERTOWN PLANK RD.
ELM GROVE, WI 53122
*Debtor(s)*

RICHARD A CHECK
RICHARD LAW OFFICE OF RICHARD A CLARK
757 NORTH BROADWAY, SUITE 401
MILWAUKEE, WI 53202

*Attorney for Debtor(s)*

Rebecca R.Garcia
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170
*Trustee*

U.S. Trustee
517 EAST WISCONSIN AVE., ROOM 430
MILWAUKEE, WI 53202
*U.S. Trustee*

                                              By:  <u>/s/ Scott D. Nabke</u>
                                              Scott D. Nabke
                                              Bar No. 1037979
                                              SNabke@dallegal.com