# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:
**CHRISTOPHER KNIGHT**  **Case No:** 23-25643-rmb
**Chapter:** 13

Debtor(s)

## ORDER TO EXTEND TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PLAN, OTHER DOCUMENTS AND INFORMATION REQUIRED UNDER 11 U.S.C. §521(a)(1).

The Debtor filed a Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Other Documents and Information Required Under 11 U.S.C. §521(a)(1). A copy of the motion was served upon all parties. The Court has reviewed the Motion and has no objections.

**IT IS THEREFORE ORDERED**: The Debtor's Motion is granted, and the Debtor shall be afforded an additional period of ten days (10 days) from the original deadline to file chapter 13 schedules, statement of financial affairs, and all other documents required under 11 U.S.C §521(a)(1).

# # # # #

Prepared by:
Attorney Richard A. Check, Esq.
757 N Broadway, Suite 401
Milwaukee, WI 53202
Phone: 414.223.0000
Fax: 414.223.3245
Email: court@richardacheck.com