So Ordered.

Dated: December 27, 2023



*Rachel Blise*
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>Christopher E. Knight,<br><br>Debtor. | Case No. 23-25643-rmb<br><br>Chapter 13 |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE DOCUMENTS**

This matter came before the Court on the Motion to Extend Time to File Schedules, pay advices and Chapter 13 Plan, filed by the debtors, Docket No. 13. Upon consideration of the motion:

IT IS HEREBY ORDERED that the deadline to file the documents listed in the Court's order dated December 11, 2023 (Docket No. 7) is extended to **January 5, 2024**. This Order does not otherwise alter the debtors' obligation to comply with 11 U.S.C. §521 and 1326(a).

# # # # #