So Ordered.

Dated: December 27, 2023



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | |
|---|---|
| Christopher E. Knight, | Case No. 23-25643-rmb |
| Debtor. | Chapter 13 |

**ORDER ON CORRESPONDENCE FILED BY EAGLE MOVERS, INC.**

On December 22, 2023, Eagle Movers, Inc. filed a proof of claim that the Clerk assigned as Claim No. 9. Attached to the proof of claim is correspondence from the President of Eagle Movers, Thomas Brittain, requesting the claim be excepted from discharge pursuant to 11 U.S.C. § 523(a)(2). (ECF No. 14.)

A creditor seeking to challenge the dischargeability of a debt under 11 U.S.C. § 523 must do so through an adversary proceeding, which requires the filing of a Complaint and an Adversary Proceeding Cover Sheet (Form B1040), along with the payment of a $350.00 filing fee. *See* Fed. R. Bankr. P. 7001(4). Eagle Movers has not followed this procedure, so the Court will not consider the dischargeability of Claim No. 9 at this time. The deadline for filing an adversary proceeding objecting to discharge is **March 18, 2024**.

In addition, to appear before this Court Eagle Movers must be represented by an attorney. Local Rule 9029(e) provides that "[l]egal entities, such as corporations, partnerships, unincorporated associations, limited liability companies, or trusts, must be represented by legal counsel." *See also, e.g.*, *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008) ("A corporation is not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court.").

Accordingly, IT IS ORDERED that the Court will take no action on the correspondence filed by Eagle Movers, Inc. at Docket No. 14.

# # # # #