In re:                                        Case No. 23-25643-rmb

Christopher E Knight                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2                    User: adkt                  Page 1 of 2

Date Rcvd: Dec 27, 2023              Form ID: pdfhrg            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E Knight, 13500 Watertown Plank Rd, Elm Grove, WI 53122-2200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                  Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew H. Robinson | on behalf of Creditor Markos Ramirez arobinson@mzmilw.com |
| Basil M. Loeb | on behalf of Creditor Home Rehab Lending LLC loeb@lawintosa.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Rebecca R. Garcia | filings@ch13oshkosh.com |
| Richard A. Check | on behalf of Debtor Christopher E Knight court@richardacheck.com g2923@notify.cincompass.com;check.richardb126911@notify.bestcase.com;check.samuelm.b126911@notify.bestcase.com |
| Scott D. Nabke | |

on behalf of Creditor Lima One Capital  LLC midwestbk@dallegal.com

TOTAL: 6

So Ordered.

Dated: December 27, 2023



_Rachel Blise_
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Christopher E. Knight,

Debtor.

Case No. 23-25643-rmb

Chapter 13

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE DOCUMENTS**

This matter came before the Court on the Motion to Extend Time to File Schedules, pay advices and Chapter 13 Plan, filed by the debtors, Docket No. 13. Upon consideration of the motion:

IT IS HEREBY ORDERED that the deadline to file the documents listed in the Court's order dated December 11, 2023 (Docket No. 7) is extended to **January 5, 2024**. This Order does not otherwise alter the debtors' obligation to comply with 11 U.S.C. §521 and 1326(a).

# # # # #