So Ordered.

Dated: January 9, 2024



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Christopher E Knight,     Case No. 23−25643−rmb
         Debtor.     Chapter 13

## ORDER DISMISSING CASE

On December 22, 2023, the debtor, by attorney Richard Check filed a motion to extend the deadline to file the Chapter 13 plan.

On December 27, 2023, the court entered an order granting that request, and extending the deadline by which to file the plan. The debtor did not file the plan by the date specified in the order.

The court hereby **DISMISSES** the debtor's case, effective immediately, for failure to timely file the Chapter 13 plan.

####